UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:04-cr-165-Orl-3A

JOHN DILLON

## SATISFACTION OF JUDGMENT

Defendant John Dillon has paid the special assessment and fine imposed in his Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
Financial Litigation Unit/sga
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:  (813) 274-6165
Facsimile:   (813) 274-6247
E-Mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

> John Dillon
> Minneola, FL 24715

>> *s/ Jillian M. Jewell*
>> JILLIAN M. JEWELL
>> Assistant United States Attorney